■ EDWARD KREITMAN v. WEISS, VOISIN, CANNON, INC.— Motion to dismiss appeal granted, with $10 costs, *sua sponte* as not appealable (see

CPLR 5701, subd. [b], par. 2; *Weicker* v. *Weicker*, 26 A D 2d 39). Concur — Tilzer, J. P., McGivern, Markewich, McNally and Steuer, JJ.